IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-00268-1 SI |
| Plaintiff, | **NOTICE TO PARTIES THAT DEFENDANT'S SENTENCE WILL BE REDUCED** |
| v. | |
| ALEXANDER DEJARNETTE, | |
| Defendant. | |

On November 4, 2011, the Court sentenced defendant Dejarnette to 37 months of custody, to run concurrently with a prior 15-month sentence. The 15-month sentence had terminated on January 28, 2010. The Court has since been informed by the Bureau of Prisons that they do not calculate sentences to run concurrent with already-terminated sentences. Therefore, they currently have Dejarnette scheduled for release on October 6, 2012 - a date calculating the two sentences to run consecutively, not concurrently. After the Court issued a notice to the parties, the U.S. Attorney's office filed a brief with the Court agreeing that the Court's intention was for the two sentences to run concurrently, and that they have investigated the projected release date and found that "the Bureau of Prisons has incorrectly applied the sentence in this case a consecutive, rather than a concurrent sentence." Doc. 261 at 2.

The Court has discussed this matter with the Federal Marshals as well as the Bureau of Prisons Designation and Sentence Computation Center ("DSCC"). The DSCC has informed the Court that had the sentences been calculated to run concurrently, Mr. Dejarnette would already have been released.[1]

---

[1] According to the DSCC, Dejarnette was placed in custody on 12/30/08. As of today, 12/23/11, his 37 month sentence (minus 54 days per year of good conduct credit time) should be completed. The DSCC informs the Court that Dejarnette is owed all good conduct credit time.

The Court therefore intends to issue an order for Dejarnette's immediate release on Tuesday, December 27, 2011. The DSCC informs the Court that in order to calculate Mr. Dejarnette's sentence to allow for release on December 27, 2011, it must reduce hisسentence to 26 months, 13 days. The Court so intends. The Court issues this notice to Mr. Dejarnette, his lawyers, and the government to inform them of the Court's intended action on Tuesday, December 27, 2011.

**IT IS SO ORDERED.**

Dated: December 23, 2011

SUSAN ILLSTON
United States District Judge