# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## PROBATION OFFICE

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 581-7410

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**NOEL A. BELTON**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

**ANTHONY CASTELLANO**
*DEPUTY CHIEF U.S. PROBATION OFFICER*

**JAMES M. SCHLOETTER**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*



October 29, 2013

The Honorable Susan Illston
United States District Judge
San Francisco Venue

**RE: DEJARNETTE, Alexander**
**CR 09-00268-001 SI**
**Request for Authorization to Release Discovery**

Your Honor:

On November 4, 2011, Your Honor sentenced Alexander Dejarnette to 37 months custody, and a five year term of supervised release for a violation of 18 U.S.C. § 2250(a) - Failure to Register as a Sex Offender, a Class C felony. The instant offense took place between the dates of March 7, 2008 and March 11, 2009.

On May 2, 2013, Your Honor revoked Mr. Dejarnette's term of supervised release, having learned that he had failed to report to the probation office within 72 hours of release from the Bureau of Prisons, subsequently absconded, and was arrested out of state, in Boston, Massachusetts, under the alias "Frederick Dejarnette." He was sentenced to 20 months custody, with a ten year term of supervised release to follow.

On October 11, 2013, Mr. Dejarnette released to his second term of supervised release. Again, he failed to report to the probation office within the requisite 72 hours, and on October 18, 2013, Your Honor issued a no bail warrant for his arrest.

As the Court is aware, per the U.S. Attorney's Office's request, Your Honor ordered the Form 12 unsealed on October 23, 2013. On October 27, 2013, Defense Counsel Mark Eibert sent an email to our office, as well as the United States Attorney's Office, requesting discovery relating to U.S. v. DeJarnette, Ninth Circuit Court of Appeals Docket Nos. 11-10606 and 13-10251. Specifically, he is requesting a copy of the Bureau of Prisons "Notice of Release and Arrival" for Mr. Dejarnette, dated October 11, 2013; and a copy of the United States Probation Office's chronological record for the offender dated October 18, 2013 (both are attached). The reason these items are discoverable is that the United States Attorney's Office is moving to have Mr. Dejarnette's appeals dismissed, in light of the fact that he is a fugitive, and the Form 12/warrant Your Honor signed on October 18, 2013, is based on his fugitive status.

RE: DEJARNETTE, Alexander
CR 09-00268-001 SI
Request for Authorization to Release Discovery (Page 2)

The purpose of this correspondence is to request authorization from Your Honor to release the aforementioned documents to both parties.

Respectfully submitted,

Jennifer J. James
U.S. Probation Officer Specialist

Approved by:

Marlana R. Peter
Supervisory U.S. Probation Officer

---

_X_ The Court authorizes the release of the discovery materials for the Form 12/warrant signed on October 18, 2013.

___ The Court does not authorize the release of the discovery materials for the Form 12/warrant signed on October 18, 2013.

10/30/13
Date

Susan Illston
United States District Judge

BP-S714.056 **NOTICE OF RELEASE AND ARRIVAL** CDFRM
APR 03
**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

#15335/JJ

| Inmate Name<br><br>Dejarnette, Alexander | Reg No.: 94687-011<br>STAN No.: CA08662058<br>FBI No.: 48079RA5 | Institution/Address<br><br>FCC Hazelton<br>Post Office Box 450<br>Bruceton Mills, West Virginia 26525 |
|---|---|---|
| Release Date 10-11-2013 (Friday) | | Release Method: GCT REL |
| Public Law Days<br>3 | Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision)<br>  X   YES   (10 years)<br>  ___ NO | |

### RELEASED TO: (Check one)

|   X   Community<br><br>Transportation arranged to: San Francisco, CA<br>(City and State)<br>Method of transportation: Town Driver, Grey Line,<br>Greyhound, Taxi<br>(Name of common carrier or other)<br>Date of expected arrival at residence: 10-14-2013 | ___ Detainer<br><br>Detaining Agency: _____<br><br>Agency Address: _____ |
|---|---|

### SUPERVISION JURISDICTION(s)

| Sentencing District<br>Chief/Director: Yador J. Harrell, CUSPO<br>Supervision Agency: United States Probation<br>District: Northern District of<br>California<br>Address: United States Probation Office<br>Philip Burton United States<br>Courthouse<br>450 Golden Gate Avenue, Suite<br>17-6884<br>San Francisco, CA 94102<br>Phone: (415-436-7540)<br>Fax: (415-581-7410) | District of Residence (for relocation cases)<br>Chief/Director: _____<br>Supervision Agency: _____<br>District: _____<br>Address: **RECEIVED**<br><br>Phone: **OCT - 7 2013**<br>Fax: _____<br>U.S. Probation Office<br>Northern District<br>San Francisco, CA |
|---|---|

Address of
proposed residence:  ~~[redacted]~~  San Francisco, California 94014

### DNA STATUS

| DNA sample required:<br>  X   YES   ___ NO | If YES date sample taken<br>07-17-2006 | DNA Number<br>VIP00157 |
|---|---|---|

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)

**Distribution:** Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

# Chronos - Modify
Alexander Dejarnette (15335)

[Back to Show Documents ▼] [Go]

**Chrono    Summary**

▽ **Client Information**

◉ **Address**  Add
Unknown

*Contact Information not available*

◉ **Employment Status:**
*Unemployed*

**Pretrial Services Supv**
*No Active Supervisions*

**Post Conviction Supv**
*No Active Supervisions*

**Convicted Offense:**

▷ **Employment Information**

▷ **Officer Tools**

**Chrono Type**
[ ○ ] Pretrial  [ ● ] Post Conviction

**Contact Date**
10/18/2013

**Contact Time (24 Hr Format)**

**Chrono Author**
James, Jennifer J (jen)

**Contact Codes Category**
[Select a category ▼]

**Chrono Contact Codes**
[Select a Contact Code Category ▼]

**Chrono Contact Code List**
CR NOTE

☐ View Prior Chronos

**Chrono Notes**   ☐ **Confidential**   ☐ Spellcheck

Criminal record printout (SF rap) reviewed - there is no indication that Mr. Dejarnette has registered as a sex offender with SFPD. In addition, he has not reported to the probation office within 72 hours of his release from custody, nor has he provided the probation office with proof of sex offender registration.

**Flags:**  ☐ Attempted    ☐ 3rd Party Risk   ☐ Plan Change
         ☐ Noncompliance  ☐ Response to Noncompliance